RECEIVED
OCT 11 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUIS VERNON JACKSON, Plaintiff | CIVIL ACTION NO. 1:16-CV-1131; SECTION "P" |
| VERSUS | JUDGE DRELL |
| FAMILY DENTISTRY, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's § 1983 complaint is hereby DENIED AND DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, and Plaintiff's pendent state tort claim is DISMISSED WITHOUT PREJUDICE.

Additionally, the Court notes the copy of the report and recommendation mailed August 30, 2016 to Mr. Jackson's last known address was returned to the Clerk of Court on September 6, 2016, marked "return to sender." Thirty days have passed September 6, 2016, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this \_\_11\_\_ day of October, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT